IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG LIST INC., a Delaware corporation,

    Plaintiff,

v.

JOHN DOE d/b/a 24HRPOSTING.COM, and DOES 2 through 25, inclusive,

    Defendants.

No. C 08-05068 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED INITIAL DISCLOSURES DEADLINES**

    The Court hereby **GRANTS** a two weeks continuance of the case management conference to **FEBRUARY 26, 2008, AT 3:00 P.M.** Please file a joint case management at least five days in advance. All related initial disclosures deadlines are **EXTENDED** accordingly. The hearing on March 12 is **VACATED**.

    **IT IS SO ORDERED.**

Dated: February 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE