Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
 craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Camille Bachmann, John Doe d/b/a 24hrposting.com, and Does 2 through 25, inclusive,<br><br>　　　　　　　　Defendants. | Case No. CV 08-05068 WHA<br><br>**STIPULATED FINAL JUDGMENT FOR PERMANENT INJUNCTION AGAINST DEFENDANT CAMILLE BACHMANN** |

I.   **STIPULATION FOR FINAL JUDGMENT**

Plaintiff craigslist, Inc. and Defendant Camille Bachmann ("Defendant") stipulate to Final Judgment, the terms of which are set forth below:

1.   The Court has jurisdiction over the subject matter at issue in this action.

2. The Court has personal jurisdiction over Defendant for the purposes of entry and enforcement of this Stipulated Final Judgment for Permanent Injunction and the parties' Settlement Agreement.

3. Defendant, and his agents, representatives, successors, assigns, and any persons acting in active concert or participation with him who receive actual notice of this Stipulated Final Judgment for Permanent Injunction by personal service or otherwise are immediately and permanently and forever enjoined from:

(a) Repeatedly posting the same or similar content on (i) craigslist.org and (ii) any other website or service owned or operated by craigslist, Inc. (collectively "CRAIGSLIST");

(b) Posting the same item or service in more than one category on CRAIGSLIST;

(c) Posting the same item or service in more than one geographic area on CRAIGSLIST;

(d) Posting ads to CRAIGSLIST on behalf of others, causing ads to be posted to CRAIGSLIST on behalf of others, and accessing CRAIGSLIST to facilitate posting ads on behalf of others;

(e) Using a third-party agent, service, or intermediary to post content to CRAIGSLIST;

(f) Using any automated device or computer program that enables postings on CRAIGSLIST without each posting being entered manually (an "automated posting device"), including, without limitation, the use of any automated posting device to submit postings to CRAIGSLIST in bulk;

(g) Manufacturing, developing, creating, adapting, modifying, exchanging, offering, distributing, selling, providing, importing, making available, trafficking in, or using content that uses automated means (including, but not limited to, spiders, robots, crawlers, data mining tools, and data scraping tools) to download or otherwise obtain data from CRAIGSLIST;

(h) Engaging in any activity that disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of CRAIGSLIST;

(i) Copying, distributing, displaying, creating derivative works or otherwise using protected elements of CRAIGSLIST websites, including, but not limited to, the CRAIGSLIST websites' post to classifieds, account registration and account log in expressions and compilations, and from inducing, encouraging, causing or materially contributing to any other person or entity doing the same;

(j) Circumventing technological measures that control access to CRAIGSLIST and/or portions of CRAIGSLIST websites (including, but not limited to, CAPTCHAs, RE-CAPTCHAs, and telephone verification systems), and from inducing, encouraging, causing or materially contributing to any other person or entity doing the same;

(k) Manufacturing, developing, creating, adapting, modifying, exchanging, offering, distributing, selling, providing, importing, trafficking in, or using technology, products, services, devices, components, or parts thereof, that are primarily designed or produced for the purpose of circumventing technological measures and/or protection afforded by technological measures that control access to CRAIGSLIST and/or portions of CRAIGSLIST websites thereof, and from inducing, encouraging, causing or materially contributing to any other person or entity doing the same;

(l) Accessing or attempting to access CRAIGSLIST's computers, computer systems, computer network, computer programs, and data, without authorization or in excess of authorized access, including, but not limited to, creating multiple accounts or posting content to CRAIGSLIST in excess of the limitations set by craigslist, Inc., and from inducing, encouraging, causing, materially contributing to, aiding or abetting any other person or entity to do the same;

(m) Manufacturing, developing, creating, adapting, modifying, exchanging, offering, selling, distributing, providing, importing, trafficking in, purchasing, acquiring, transferring, marketing or using any program, device, or service designed to provide an automated means of accessing CRAIGSLIST, automated means of creating CRAIGSLIST accounts, or automated means of posting ads or other content to CRAIGSLIST, including, but not

-3-

limited to, any program, device, or service that is, in whole or in part, designed to circumvent security measures on CRAIGSLIST;

    (n)    Misusing or abusing CRAIGSLIST in any way, including, but not limited to, violating the Terms of Use;

    (o)    Accessing or using CRAIGSLIST for any commercial purpose whatsoever; and

    (p)    Using the "CRAIGSLIST" mark and any confusingly similar designations in Internet advertisements and otherwise in commerce in any manner likely to confuse consumers as to their association, affiliation, endorsement or sponsorship with or by CRAIGSLIST.

4. This Stipulated Final Judgment for Permanent Injunction is final and may not be appealed by either party.

**IT IS SO AGREED.**

Dated: 8/28, 2009

PERKINS COIE LLP

By: _____
Attorneys for Plaintiff
craigslist, Inc.

Dated: 8-26, 2009

craigslist, Inc.

By: _____
Its CEO

Dated: 6-15, 2009

PETER PERETTINE

By: _____
Attorney for Camille Bachmann

Dated: 6-18, 2009

CAMILLE BACHMANN

By: _____


## II. <u>FINAL JUDGMENT</u>

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 3, 2009



HONORABLE WILLIAM

IT IS SO ORDERED
Judge William Alsup